**No. 45373.**—Protest 3835–K of J. S. Hoffman Co. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel the ham products in question were held dutiable at 3¼ cents per pound under paragrah 703 on the basis of the net weight of the contents of the cans less 10 percent allowance for the gelatinous material contained therein.